# IN THE SUPREME COURT OF PENNSYLVANIA
## MIDDLE DISTRICT

IN RE: 42ND JUDICIAL DISTRICT  : No. 50 MM 2020
DECLARATION OF JUDICIAL   :
EMERGENCY (BRADFORD COUNTY) :

## ORDER

**PER CURIAM**

 **AND NOW**, this 8th day of October, 2021, the Petition for Emergency Judicial Order Pursuant to Pa.R.J.A. No. 1952(B)(2), which seeks permission for the President Judge of the Court of Common Pleas of Bradford County to suspend temporarily certain procedural rules, is GRANTED, IN PART.

 The President Judge of the Court of Common Pleas of Bradford County is authorized to suspend rules that restrict the use of advanced communication technology (ACT) in court proceedings, subject to state and federal constitutional limitations, through November 1, 2021.

 Judges shall be present in the courthouse, judicial center, or other court facility whenever a proceeding is being conducted by ACT, except for extraordinary circumstances, such as when court properties have been closed due to inclement weather or other emergency under Pa.R.J.A. Nos. 1950-1954, or when a proceeding is not being conducted during normal business hours.

 The request of the President Judge of the Court of Common Pleas of Bradford County to suspend Rule of Criminal Procedure 600 through December 31, 2021, is DEFERRED, pending further order of this Court. Any individual or entity interested in the

President Judge's request to suspend Rule 600 through December 31, 2021, is allowed to file a reply in this Court. The deadline for such replies is **October 15, 2021.**

The Prothonotary is DIRECTED to serve this order on the Bradford County Office of the Public Defender, the District Attorney of Bradford County, and the Office of Attorney General.